IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALEO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-621 (RGA) |
| | ) |
| GEOTAG, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO SUBSTITUTE ORACLE AMERICA, INC.,
FOR TALEO CORPORATION AND TO CHANGE CAPTION**

WHEREAS, pursuant to an Agreement and Plan of Merger, dated February 8, 2012, among Oracle Taleo LLC, a Delaware limited liability company (formerly, Taleo Corporation) ("Taleo"), Oracle Corporation, a Delaware corporation ("Oracle"), OC Acquisition LLC, a Delaware limited liability and a wholly-owned subsidiary of Oracle ("OC Acquisition"), and Tiger Acquisition Corporation, a Delaware corporation and a wholly-owned subsidiary of Oracle, OC Acquisition acquired Taleo and all of its subsidiaries, effective as of April 5, 2012;

WHEREAS, as part of an internal reorganization of certain Oracle and Taleo entities, all rights, claims and liabilities under all contracts, agreements, purchase orders, or other commitments of Taleo were transferred to Oracle America, Inc., a Delaware corporation and a wholly-owned subsidiary of Oracle, effective as of May 25, 2012;

WHEREAS, this Stipulation is not sought for the purposes of delay, but to ensure that the correct parties are properly joined in this action; and

WHEREAS, the parties agree that by entering into this Stipulation nothing contained herein constitutes consent by Defendant GeoTag, Inc. ("Geotag") to personal jurisdiction or proper venue.  GeoTag does not hereby waive its Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer Venue (D.I. 4);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that

1. Oracle America, Inc. is substituted for Taleo Corporation as the plaintiff party in this action; and

2. The caption is amended as shown in the attached Exhibit A.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Jeremy A. Tigan* | */s/ Kenneth L. Dorsney* |
| _____ | _____ |
| Thomas C. Grimm (#1098) | Kenneth L. Dorsney (#3726) |
| Jeremy A. Tigan (#5239) | Mary Matterer (#2696) |
| 1201 N. Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE  19801 |
| Wilmington, DE  19899-1347 | (302) 888-6800 |
| (302) 658-9200 | kdorsney@morrisjames.com |
| tgrimm@mnat.com | mmatterer@morrisjames.com |
| jtigan@mnat.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

June 26, 2012

SO ORDERED this _____day of_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

5962165